MICHAEL BAILEY
United States Attorney
District of Arizona
JESSE J. FIGUEROA
Assistant U.S. Attorney
Arizona Bar No. 003938
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jesse.figueroa@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR20-00346-TUC-CKJ (LCK) |
| Plaintiff, | |
| vs. | NOTICE OF CONFESSIONS, ADMISSIONS, AND STATEMENTS PURSUANT TO LOCAL RULE 16.1 |
| Camden Taylor Barlow, | |
| Defendant. | |

Now comes the United States of America, by and through its attorneys, Michael Bailey, United States Attorney for the District of Arizona, and Jesse J. Figueroa, Assistant U.S. Attorney, hereby gives notice pursuant to Rule 16.1 of the Rules of Practice of the United States District Court for the District of Arizona, that all confessions, admissions and statements made by the defendants, and provided in disclosure to the defense, may be introduced into evidence at trial. See *United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Respectfully submitted this 20th day of February, 2020.

    MICHAEL BAILEY
    United States Attorney
    District of Arizona

    *s/ Jesse J. Figueroa*
    JESSE J. FIGUEROA
    Assistant U.S. Attorney

| | |
|---|---|
| 1 | Copy of the foregoing served electronically this 20th day of February, 2020 to: |
| 2 | |
| 3 | Jay V. Sagar, Esq.<br>Attorneys for defendant |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |